IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
vs. :
: NO. 06-CR-690-5
VUTHA KAO :

FILED: SEP 1 9 2013
MICHAEL E. KUNZ, Clerk
Dep. Clerk

## ORDER

AND NOW, this 19th day of September, 2013, upon consideration of Defendant's Request for a Certificate of Appealability Pursuant to 28 U.S.C. § 2253(c)(2) (ECF No. 435), it is hereby ORDERED that the Request is DENIED for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER, J.