# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 2:06-cr-00690-CFK-5 |
| | : | |
| VUTHA KAO | : | |
| | : | |

## ORDER

**AND NOW**, on this **11th** day of **February 2022**, upon consideration of Defendant's Motion for Compassionate Release (ECF No. 550) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Government's Response in Opposition (ECF No. 552), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion (ECF No. 550) is **DENIED**.

BY THE COURT:

*/s/ Chad F. Kenney*

**CHAD F. KENNEY, J.**

Cc:  Defense Counsel – Evan Hughes, Esq.
     Assistant U.S. Attorney – Robert Livermore, Esq.
     Probation Office